EC

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 2:22-mj-325 |
| Tyzcheron Wanya Scott ) | |
| 6969 Britwell Lane ) | |
| Reynoldsburg, Ohio 43068 ) | |
| DOB: 2/5/1992 ) | |
| ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 2022 - March 2022____ in the county of _____Franklin_____ in the ____Southern____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure To Register as a Sex Offender |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan P. Richardson, DUSM S/OH
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: ____May 11, 2022____

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge
*Judge*

City and state: _____Columbus, Ohio_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No.: 2:22-mj-325 |
| United States of America | ) | |
| v. | ) | |
| Tyzcheron Wanya Scott | ) | Magistrate Judge: Deavers |
| 6969 Britwell Lane | ) | |
| Reynoldsburg, Ohio 43068 | ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nathan Richardson, a Deputy United States Marshal, being duly sworn, do hereby declare and state the following:

### INTRODUCTION

1.     I am a Deputy United States Marshal (DUSM) assigned to the Southern District of Ohio, Cincinnati Office, and have been so employed since June 2016.  I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA in December 2016 as well as the Criminal Investigator Training Program at FLETC in September 2016.  I also receive regular in-service training in fugitive and sex offender investigations from the U.S. Marshals Service (USMS) as well as various other federal and state resources.  In my capacity as a DUSM, I am responsible for investigations relating to violations of federal law and I have been assigned to multiple sex offender, escape, and fugitive investigations.  As a DUSM, I am authorized under 28 U.S.C. § 564, to enforce the laws of the United States and thereby authorized by law to request a federal criminal complaint.

2.     The statements contained in this affidavit are based in part on information provided by local and state law enforcement in both Ohio and Louisiana; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; and my experience, training, and background as a DUSM.  Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation.  I have set forth only the facts necessary to establish probable cause that a federal crime has been committed.  I have not omitted any facts that would negate

probable cause. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Tyzcheron Wanya Scott committed the violation listed below.

3.     This affidavit is submitted to show that there is probable cause to believe that SCOTT has violated criminal laws, including 18 U.S.C. § 2250 (a) – Failure to Register as a Sex Offender.

## PROBABLE CAUSE

4.     On or about March 2, 2022, the United States Marshals Service (USMS) in the Southern District of Ohio region received information from the USMS Middle District of Louisiana relating to a convicted Louisiana sex offender with an active warrant currently residing in Ohio.

5.     Information provided to your affiant revealed that Tyzcheron Wanya Scott (SCOTT) had been convicted of Sexual Battery in the Nineteenth Judicial District Court for the Parish of East Baton Rouge in violation of Louisiana Revised Statue section 14:43.1 under Case Number 12-09-0450. On June 25, 2012, SCOTT pled guilty to Sexual Battery in which he admitted to "on or about December 5, 2009…using part of his body to touch the genitals of T.A., date of birth June 26, 1997." As a result of this conviction, SCOTT was sentenced to five years of incarceration and classified as a Tier I Sex Offender in the state of Louisiana with a requirement to register as a convicted sex offender annually for 15 years.

6.     Your affiant was provided a State of Louisiana Sex Registration Form (LSRF) that lists SCOTT's registration start date as November 1, 2016, ending on November 3, 2031. The form contains SCOTT's initials and signature and is dated and signed by SCOTT on November 21, 2019. The LSRF that SCOTT signed mandated that he had a duty to register as a sex offender annually and a legal obligation to update each sheriff or police department in each parish and municipality in which he regularly resides within three days of moving. SCOTT listed his home of record as 2509 S. Magnolia Drive in Baker, Louisiana. The form also stated that SCOTT has a duty to update the name and physical address of his place of employment.

7.     According to Louisiana records, SCOTT had failed to register as a sex offender in Louisiana for the 2021 calendar year with SCOTT being due to renew that registry in November 2021. SCOTT was mailed a letter to his registered address and an automated call was made to his listed telephone number reminding him of his obligation. On December 6, 2021, SCOTT had not renewed his registration and an arrest warrant was issued out of Louisiana for that failure.

8. After Louisiana law enforcement began looking into the whereabouts of SCOTT, open-source searches revealed that SCOTT had been employed in Canal Winchester, Ohio. More specifically, the investigation revealed that SCOTT began working at Hot Chicken Takeover located at the North Market at 59 Spruce Street, Second Floor, in Columbus, Ohio. Law enforcement reached out to Hot Chicken Takeover and confirmed that SCOTT had been an employee there and had provided management with a listed address for his paychecks and W2 tax forms of 5388 Winchester Cathedral Drive in Canal Winchester, Ohio.

9. In learning that SCOTT was now working and living within the Southern District of Ohio without notifying either Louisiana or Ohio authorities of his relocation or place of employment, USMS Louisiana transferred their case to Ohio in order to have SCOTT located and arrested on the Louisiana arrest warrant.

10. Your affiant further reviewed paystubs from Hot Chicken Takeover for SCOTT and noted that the State of Ohio paid him for the following time frames:

    – Pay Period: 01/03/22 to 01/16/22
    Check Date: 01/21/22
    Amount: $386.71

    – Pay Period: 01/17/22 to 01/30/22
    Check Date: 02/04/22
    Amount: $835.65

    – Pay Period: 01/31/22 to 02/18/22
    Check Date: 02/18/22
    Amount: $600.94

11. On March 3, 2022, members of the Southern Ohio Fugitive Apprehension Strike Team (SOFAST) traveled to 5388 Winchester Cathedral to locate and arrest SCOTT. Upon arrival, the door was answered by WITNESS ONE , a co-owner of the residence at that location. WITNESS ONE stated that SCOTT was not in the residence, further consenting to a search of the house. WITNESS ONE indicated that SCOTT was the boyfriend of her niece and that neither SCOTT nor her niece lived there, further informing law enforcement that they may be homeless. Officers completed a search of the residence and were unable to locate SCOTT.

12. On March 9, 2022, members of the SOFAST team received a call from WITNESS TWO, the spouse of WITNESS ONE. WITNESS TWO informed law enforcement that SCOTT may be staying at 6969 Britwell Lane in Reynoldsburg, Ohio.

13. That same day, SOFAST members traveled to Reynoldsburg, Ohio in an attempt to locate and arrest SCOTT. Upon arriving at 6969 Britwell Lane, officers knocked and announced their presence and purpose. WITNESS THREE answered the door and informed officers that SCOTT was staying at that residence but may have already left for work. Law enforcement then entered the residence with WITNESS THREE's consent and again announced their presence and purpose. SCOTT was located inside the home and was subsequently arrested. WITNESS THREE was later interviewed and stated that SCOTT was dating her roommate and that they had been staying with her since January 24, 2022. WITNESS THREE informed officers that she was unaware that SCOTT was a registered sex offender and only knew him by the name "Ty."

14. During the transport of SCOTT from the 6969 Britwell Lane address to the Franklin County Jail, SCOTT was advised of his Miranda Rights. SCOTT agreed to speak with officers. When asked how long he had been in Ohio, SCOTT responded "since the end of January 2022." Officers asked if SCOTT knew he had a duty to register [as a sex offender] in the state of Ohio and SCOTT indicated that "he thought he did." SCOTT further confirmed that he had worked at Hot Chicken Takeover for about a month until he was let go when his employer was notified of his status as a sex offender during a background check. SCOTT also informed officers that he came to Ohio for his girlfriend.

15. On March 11, 2022, SCOTT was released from Franklin County Jail after the East Baton Rouge Sheriff's Office was unwilling to extradite him back to Louisiana on their arrest warrant. As of May 4, 2022, SCOTT has not advised the Louisiana authorities of his move to Ohio and change in address nor has he attempted to register with Ohio authorities as required by the Sexual Offender Registration and Notification Act. At this time, his current whereabouts are unknown.

## CONCLUSION

16. Based on the aforementioned facts, I request that the Court issue the proposed criminal complaint and arrest warrant for the individual listed above, as there is probable cause to believe TYZCHERON WANYA SCOTT has committed violations of federal law, including 18 U.S.C. § 2250(a) – Failure to Register as a Sex Offender

Respectfully submitted,

Nathan Richardson
Deputy United States Marshal


Subscribed and sworn to before me on _____ May 11 _____, 2022


Elizabeth A. Preston Deavers
United States Magistrate Judge